```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :
MORGAN McMAHON, et al.,                   :
                                          :
                          Plaintiffs,     :    ORDER
                                          :
       -v-                                :    14-CV-9188 (JLC)
                                          :
S. KATZMAN PRODUCE, INC., et al.,         :
                                          :
                          Defendants.     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/15

**JAMES L. COTT, United States Magistrate Judge.**

Following a mediation of this Fair Labor Standards Act case conducted under my supervision, the parties consented to my jurisdiction under 28 U.S.C. § 636(c) and have submitted a joint motion (Dkt. No. 26) along with their proposed settlement agreement (Dkt. No. 26-1) for my approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Having carefully reviewed the joint motion and the proposed settlement agreement, and having participated in a lengthy mediation that led to the settlement, the Court finds that the proposed settlement (including attorney's fees) is fair and reasonable. Accordingly, the settlement is approved and this action is dismissed. The Court will separately "so order" the Stipulation and Order of Dismissal submitted by the parties.

**SO ORDERED.**

Dated: New York, New York
       November 17, 2015

/s/ James L. Cott
JAMES L. COTT
United States Magistrate Judge